IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLY CELESTIN,

    Plaintiff,

-vs-                                                    Case No.: 6:14-cv-1124-Orl-18-DAB

FLORIDA METROPOLITAN UNIVERSITY,
INC. d/b/a EVEREST UNIVERSITY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, WILLY CELESTIN, and the Defendant, FLORIDA METROPOLITAN UNIVERSITY, INC. d/b/a EVEREST UNIVERSITY, by and through the undersigned and hereby stipulate and agree that that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

Respectfully submitted this 24th day of April, 2015.

| | |
|---|---|
| /s/ Tav Gomez | /s/ Yaniv Adar |
| Octavio Gomez, Esq. | Yaniv Adar, Esq. |
| Florida Bar No. 338620 | Florida Bar No. 063804 |
| Morgan & Morgan, P.A. | Homer Bonner Jacobs |
| 201 N. Franklin Street, 7th Floor | 1441 Brickell Avenue |
| Tampa, FL 33602 | 1200 Four Seasons Tower |
| Tele: (813) 223-5505 | Miami, FL 33131 |
| Fax: (813) 222-4725 | Tele: (305) 350-5139 |
| TGomez@ForThePeople.com | Fax: (305) 982-0070 |
| Counsel for Plaintiff | Yadar@homerbonner.com |
| | Counsel for Defendant |