UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLY CELESTIN,

    Plaintiff,

v.                              Case No: 6:14-cv-1124-Orl-18DAB

FLORIDA METROPOLITAN
UNIVERSITY, INC.,

    Defendant.
_____

## ORDER

On April 24, 2015, the parties filed a Joint Stipulation of Dismissal (Doc. No. 24). Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own fees and costs. Clerk of the Court is directed to CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this 27 day of April, 2015.

                                                  G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record